

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| CLEON EDWARD MAJOR,<br>　　　Petitioner, | §<br>§<br>§ |
| vs. | § 　CIVIL ACTION NO.8:17-2355-MGL |
| | §<br>§ |
| GIO RAMIREZ, Warden,<br>　　　Respondent. | §<br>§ |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND TRANSFERRING THE ACTION TO THE MIDDLE DISTRICT OF FLORIDA**

Petitioner Cleon Edward Major, who is proceeding pro se, filed this as a 28 U.S.C. § 2241 action. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting this case be transferred to the Middle District of Florida for further proceedings. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on May 9, 2018, but Major failed to file any objections to the Report. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court the case is **TRANSFERRED** to the Middle District of Florida for further proceedings. Consequently, the pending motion to dismiss is **RENDERED MOOT**.

To the extent Major requests a certificate of appealability from this Court, that certificate is **DENIED**.

**IT IS SO ORDERED**.

Signed this 31st day of May, 2018, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.